

Milton M. Yasunaga, Cades Schutte LLP, Honolulu, HI, for Plaintiff–Appellee.

Carl Crowell, Michael Elliott, Crowell Ing, LLP, Salem, OR, for Defendants–Appellants.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Kenneth L. WILLIAMS, Claimant–Appellant,**

**v.**

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7109.

United States Court of Appeals, Federal Circuit.

Aug. 28, 2009.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Herbert R. TRAMMELL, Claimant–Appellant,**

**v.**

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7105.

United States Court of Appeals, Federal Circuit.

Aug. 28, 2009.

## ORDER

Counsel having failed to become a member of the bar of this court as required by the Federal Circuit Rule 46, it is